H. E. S. Realty Corporation, Appellant, v. Samuel E. Hirsch Realty Corporation, Respondent.— Order dismissing complaint and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disburse-

ments, and motion denied, with ten dollars costs, upon the ground that the pleadings present issues which can be determined only by trial. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.